No. 79–1553. COLEMAN v. MONTANA, 446 U. S. 970. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 79–5575. JAGNANDAN ET AL. v. MISSISSIPPI STATE UNIVERSITY ET AL., 444 U. S. 1026. Motion for leave to file a petition for rehearing denied.

AUGUST 13, 1980

No. 79–6885. BEASLEY v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 15, 1980

No. 80–182. CELEBREZZE, SECRETARY OF STATE OF OHIO v. ANDERSON ET AL. C. A. 6th Cir. Motion to expedite consideration of the petition for writ of certiorari denied without prejudice to its later renewal. MR. JUSTICE POWELL and MR. JUSTICE STEVENS would grant the motion.

AUGUST 20, 1980

No. 79–1908. LEE VISION CENTER, INC. v. VAUGHT. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 22, 1980

No. 79–1654. AMBOOK ENTERPRISES, AKA AMERICAN BOOK CLUB v. TIME INC. ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 53.